```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

KIRK BERNARD COLLIER,              :
                                   :
    Plaintiff,                     :
                                   :
vs.                                :     CIVIL ACTION 11-0559-M
                                   :
MICHAEL J. ASTRUE,                 :
Commissioner of Social Security,   :
                                   :
    Defendant.                     :

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Kirk Bernard Collier and against Defendant Michael J. Astrue.

DONE this 13th day of March, 2012.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE