```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION


KIRK BERNARD COLLIER,               :
                                    :
     Plaintiff,                     :
                                    :
vs.                                 :    CIVIL ACTION 11-0559-M
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of Social Security,    :
                                    :
     Defendant.                     :
```

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Kirk Bernard Collier and against Defendant Michael J. Astrue.  It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $2,000.00.

DONE this 29th day of June, 2012.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE